# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES— GENERAL

| Case No. | 8:24-cv-01709-JWH-ADS | Date | February 3, 2025 |
|---|---|---|---|
| Title | *Adam Ghadiri v. San Angel Dental Group, et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER TO SHOW CAUSE REGARDING STATUS OF STAY AND EARLY MEDIATION**

On September 24, 2024, the Court granted the application of Defendant Luis Moran, DDS, for a stay and early mediation.[1]  In that Order, the Court stayed this action for a period of 90 days as to Dr. Moran and referred the action to the ADR program.[2]  The ADR proceeding was to be completed no later than December 27, 2024,[3] and the Court directed the parties to "file with the Court a Joint Status Report no later than seven (7) days after the ADR proceeding is completed advising the Court of the alleged ADA violations and their mediation efforts."[4]  As of this date, no Joint Status Report has been filed.

A court may, on motion or on its own initiative, issue any just order if a party or its attorney fails to obey a scheduling or other pretrial order.  *See*

---

[1]    *See* Order [ECF No. 11].

[2]    *Id.* at ¶¶ 1 & 2.

[3]    *Id.* at ¶ 2.

[4]    *Id.* at ¶ 5.

Fed. R. Civ. P. 16(f)(1)(C).  A party may be sanctioned for a late filing under
L.R. 7-13, which includes monetary sanctions or the imposition of costs and
attorneys' fees.  *See* L.R. 83-7.  Additionally, the failure of a plaintiff to prosecute or
to comply with these rules or court orders may result in involuntary dismissal.
Fed. R. Civ. P. 41(b).

In view of that background, the Court hereby **ORDERS** as follows:

1.      Counsel of record for Plaintiff and Defendants, and each of them, are
**ORDERED** to **SHOW CAUSE** in writing no later than February 18, 2025, why
sanctions in the amount of $500 per counsel of record should not be issued.

2.      Plaintiff is **ORDERED** to **SHOW CAUSE** in writing no later than
February 18, 2025, why this action should not be dismissed for lack of prosecution.

3.      A hearing on this Order to Show Cause is **SET** for February 28, 2025,
at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S.
Courthouse, 411 W. 4th Street, Santa Ana, California.  All counsel of record are
**DIRECTED** to attend the hearing.

**IT IS SO ORDERED.**